FILED

08 FEB 27 PM 4:53

'08 CR 0548  DMS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE ROSARIO URQUIZA-CABRERA (1), JOE ANTHONY MONTERO (2), Defendants. | Criminal Case No. _____ I N D I C T M E N T Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The grand jury charges:

Count 1

On or about February 13, 2008, within the Southern District of California, defendants JOSE ROSARIO URQUIZA-CABRERA and JOE ANTHONY MONTERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Adrian Maqueda-Ramirez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

WDK:fer:San Diego
2/26/08

Count 2

On or about February 13, 2008, within the Southern District of California, defendants JOSE ROSARIO URQUIZA-CABRERA and JOE ANTHONY MONTERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Adrian Maqueda-Ramirez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 3

On or about February 13, 2008, within the Southern District of California, defendants JOSE ROSARIO URQUIZA-CABRERA and JOE ANTHONY MONTERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Miguel Reyes-De Jesus, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

Count 4

On or about February 13, 2008, within the Southern District of California, defendants JOSE ROSARIO URQUIZA-CABRERA and JOE ANTHONY MONTERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Miguel Reyes-De Jesus, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 5

On or about February 13, 2008, within the Southern District of California, defendants JOSE ROSARIO URQUIZA-CABRERA and JOE ANTHONY MONTERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rodrigo Zamora-Peralta, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

Count 6

On or about February 13, 2008, within the Southern District of California, defendants JOSE ROSARIO URQUIZA-CABRERA and JOE ANTHONY MONTERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rodrigo Zamora-Peralta, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: February 27, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney