1  NED LYNCH--CA ST. BAR NO. 149680
   Attorney At Law
2  110 West C Street, Suite 1407
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witnesses

**United States District Court**

**Southern District of California**

(Hon. William McCurine, Jr.)

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0548DMS(WMC) |
|---|---|
| Plaintiff, | ) **Notice Of Motion And Motion To Take** |
| | ) **The Videotape Deposition Of Material** |
| v. | ) **Witnesses And Thereafter Release Them** |
| | ) **From Custody** |
| JOSE ROSARIO URQUIZA-CABERA, and | ) |
| JOSE ANTONY MONTERO, | ) Date: March 20, 2008 |
| | ) Time: 9:30 a.m. |
| Defendant(s). | ) Judge: William McCurine, Jr. |
| | ) Room: C |

**Notice Of Hearing**

On March 20, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, material witnesses Adrian Maqueda-Ramirez and Rodrigo Zamora-Peralta [the "Material Witnesses"] by and through their counsel, attorney Ned Lynch, will bring a motion for a court order to conduct videotaped depositions of the Material Witnesses. This motion will be heard by Hon. William McCurine, Jr. in Courtroom C of the U.S. District Court for the Southern District of California.

**Motion**

The Material Witnesses, by and through their counsel, Ned Lynch, and pursuant to Federal Rules of Criminal Procedure Rule 15 and 18 U.S.C. § 3144, move this court for an order to take their depositions by videotape and thereafter release them from custody at the conclusion of the depositions for their return to their home country.

1

1    This motion is based upon this notice, the memorandum of points and authorities filed in
2 support of this motion, the declaration of attorney Ned Lynch, the files and records in the cases noted
3 above, and any and all other evidence and arguments that may be brought to the court's attention
4 prior to or during the hearing on this motion.

6 Dated: March 6, 2008                    s/Ned Lynch
                                          Ned Lynch, Attorney for the Material Witnesses
7                                         E-mail: nedlynch@aol.com