1  NED LYNCH--CA ST. BAR NO. 149680
   Attorney At Law
2  110 West C Street, Suite 1407
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)

5  **United States District Court**
   **Southern District of California**
6  (Hon. William McCurine)

7  UNITED STATES OF AMERICA,            )   Criminal Case No. 08CR0548DMS(WMC)
                                        )
8      Plaintiff,                       )   **Certificate of Service by ECF**
                                        )
9      v.                               )
                                        )
10 JOSE ROSARIO URQUIZA-CABERA, and     )
   JOSE ANTHONY MONTERO,                )
11                                      )
       Defendants.                      )
12 _____ )

13

14 I, Ned Lynch, declare that at the time of the service of the document(s) noted below, I was at least 18 years of age and not a party to the lawsuit noted above. My business address is 110 West C Street, Suite 1407, San Diego, CA 92101. On March 6, 2008 I served the document(s) noted below by ECF to the person(s) at the e-mail addressed listed by the
15 ECF system for the Southern District of California.

16                              **Document(s) Served**

17     1.    Notice of Motion and Motion to Take the Videotaped Deposition of Material Witness and Thereafter
             Release Him From Custody
18
       2.    Points and authorities supporting that motion
19
       3.    Declaration of Attorney Ned Lynch supporting that motion
20
                                       **Served On**
21
   Office of the U.S. Attorney    Attorney Michael Burke         Attorney Michelle Betancourt
   (served via ECF)               (served via ECF)               (served via ECF)
22

23
   I declare under penalty of perjury under the laws of the United States that the above is true and accurate.
24

   Dated: March 6, 2008                                    s/Ned Lynch
25                                                         Ned Lynch

26

27

28

1