1

2

3

4

5

6

7

*FILED*

*2008 APR - 1  AM 9: 44*

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

8          **United States District Court**

9          **Southern District of California**

10          (Hon. William McCurine)

11  UNITED STATES OF AMERICA,            )    Criminal Case No. 08CR0548DMS(WMC)
                                         )
12          Plaintiff,                   )    **Deposition Order For Material Witnesses**
                                         )
13          v.                           )
                                         )
14  JOSE ROSARIO URQUIZA-CABERA, et al., )
                                         )
15          Defendants.                  )
                                         )
16  _____  )

17          Upon request of material witnesses Adrian Maqueda-Ramirez and Rodrigo Zamora-Peralta [the

18  "material witness"], by and through their attorney, Ned Lynch, and good cause appearing:

19                                    **Order**

20          1.      The material witnesses being held in custody in case number 08CR0548DMS shall

21  be deposed on ____4/18/08____, at ____ a.m./p.m. *or as counsel can work out the* The depositions will take

22  place in the office of the United States Attorney located at 880 Front Street, Fifth Floor, San Diego, *same time*

23  California.

24          2.      All parties, meaning the United States and the defendant(s), shall attend the material

25  witness depositions.  The arresting agency shall bring the material witnesses to the depositions.  If,

26  in custody, the defendant(s) shall be brought separately to the deposition and a marshal shall remain

27  present during the proceeding.

28          3.      The United States Attorney's Office shall provide a videotape operator ("operator")

1  and, if necessary, arrange for a court-certified interpreter to be present for the material witnesses.

2  The cost of the interpreter for the material witnesses shall be borne by the United States Attorney's

3  Office.

4      4.    If a defendant needs an interpreter other than the interpreter for the material witnesses

5  (if any), then defense counsel shall arrange for a court-certified interpreter to be present.  The cost

6  of a separate interpreter for the defendant(s) shall be paid by the court.

7      5.    The United States Attorney's Office shall arrange for a certified court reporter to be

8  present.  The court reporter shall stenographically record the testimony, serve as a notary and preside

9  at the depositions in accordance with Rule 28(a) of the Federal Rules of Civil Procedure.  The cost

10  of the court reporter shall be borne by the United States Attorney's Office.

11      6.    The depositions shall be recorded by videotape, meaning a magnetic tape that records

12  sound as well as visual images. At the conclusion of each deposition, on the record, the witness or

13  any party may elect to have the witness review the videotape record of the deposition to check for

14  errors or omissions and to note any changes.  Any errors, omissions or changes, and the reasons for

15  making them, shall be stated in writing, signed by the witness, delivered to the notary in a sealed

16  envelope and filed in the same fashion as described in Paragraph 17 below, unless the parties agree

17  on the record to a different procedure.

18      7.    The operator shall select and supply all equipment required to videotape the

19  depositions and shall determine all matters of staging and technique, such as number and placement

20  of cameras and microphones, lighting, camera angle, and background.  The operator shall determine

21  these matters in a manner that accurately reproduces the appearance of the witnesses and assures

22  clear reproduction of both the witnesses' testimony and the statements of counsel.  The witnesses,

23  or any party to the action, may object on the record to the manner in which the operator handles of

24  any of these matters.  Any objections shall be considered by the court in ruling on the admissibility

25  of the videotape record.  All such objections shall be deemed waived unless made promptly after the

26  objector knows, or had reasonable grounds to know, of the basis for such objections.

27      8.    The depositions shall be recorded in a fair, impartial, and objective manner.  The

28

U.S. v. Jose Rosario Uquiza-Cabera, et al., Case No. 08CR0548DMS
Order for the Videotaped Depositions of the Material Witnesses

1  videotape equipment shall be focused on the witness; however, the operator may, when necessary

2  or appropriate, focus upon charts, photographs, exhibits, or like material being shown to the witness.

3       9.     Before examination of each witness begins, the Assistant U.S. Attorney shall state

4  on the record his/her name; the date, time and place of the deposition; the name of the witness; the

5  identity of the parties and the names of all persons present in the deposition room.  The court reporter

6  shall then swear the witness on the record.  Prior to any counsel beginning an examination of each

7  witness, that counsel shall identify himself/herself and his/her respective client on the record.

8       10.     Once each deposition begins, the operator shall not stop the videotape recorder until

9  the deposition concludes, except that, any party or the witness may request a brief recess, which

10  request will be honored unless a party objects and specifies a good faith basis for the objection on

11  the record.  Each time the recording is stopped, the operator shall state on the record the time the

12  recording stopped and the time it resumed.  If the deposition requires the use of more than one tape,

13  the operator shall sequentially identify on the record the end and beginning of each tape.

14       11.     All objections both as to form and substance shall be recorded as if the objection had

15  been overruled.  The court shall rule on the objections at the appropriate time.  The party raising the

16  objection(s) shall prepare a transcript for the court to consider.  All objections shall be deemed

17  waived unless made during the deposition.

18       12.     The party offering the deposition into evidence at trial shall provide the court with

19  a transcript of the portions so offered.

20       13.     Copies of all exhibits utilized during the videotaped deposition shall be attached to

21  the videotape record.

22       14.     At the conclusion of the depositions, any objection, including the basis, to release of

23  the material witnesses from custody shall be stated on the record.  If there is no objection, the

24  attorney for the material witnesses shall immediately serve all parties with a "Stipulation and

25  Proposed Order for Release of the Material Witnesses", and submit the Order to the Clerk of Court

26  for the judge's signature.  Prior to release from custody the attorney for the government shall serve

27  the material witnesses with a subpoena for the trial date and a travel fund advance letter.

28

U.S. v. Jose Rosario Uquiza-Cabera, et al., Case No. 08CR0548DMS
Order for the Videotaped Depositions of the Material Witnesses

15.     The operator shall provide a copy of the videotape depositions to any party who requests a copy at that party's expense.  After preparing the requested copies, if any, the operator shall deliver the original videotapes to the notary along with a certificate signed by the operator attesting that the videotapes are an accurate and complete record of the videotaped depositions.  The notary shall file the original tapes and certification with the Clerk of Court in a sealed envelope marked with the caption of the case, the name of the witnesses and date of the depositions.

16.     The notary shall file with the Clerk of Court in a sealed envelope the original videotapes, along with the any exhibits offered during the depositions.  The sealed envelope shall be marked with the caption of the case, the name of the witnesses, and the date of the depositions.  To that envelope, the notary shall attach the certificate of the operator.  If all counsel stipulate on the record, the government may maintain the original videotapes until production is ordered by the court or requested by any party.

17.     Unless waived by the parties, the notary shall give prompt notice to all parties of the filing of the videotaped depositions with the court pursuant to Federal Rule Civil Procedure 30(f)(3).

18.     If any party objects on the record to the release of the material witnesses from custody, the objecting party must request in writing a hearing on the issue before the federal judge who is assigned the case or to such other district judge or magistrate judge as they may designate.  Notice of the Request for Hearing must be served on all parties and filed with the Clerk of Court within twenty-four (24) hours after the completion of the depositions, with a courtesy copy to chambers.  The court will set a briefing schedule, if appropriate, and a date and time for the objection to be heard as soon as reasonably practicable.  At the hearing, the objecting party must establish to the court's satisfaction an appropriate legal basis for the material witnesses to remain in custody.  If, after the hearing, the court orders the release of the material witnesses, the material witness attorney shall immediately present the release order to the court for signature and filing.  Before release of the material witnesses, the government shall serve the material witnesses with a subpoena for the trial date and a travel fund advance letter.

**It Is So Ordered.**

1   Dated: 3/28/08 _____          _____
                                            United States Magistrate Judge
2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28