UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff<br><br>vs.<br><br>Jose Rosario Urquiza-Cabeza<br>         Defendant(s) | CRIMINAL NO. 08cr0548-DMS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 03393298 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the ~~following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody.~~ (Bond Posted / Case Disposed / (Order of Court))

Material witness Rodrigo Zamora-Peralta is to be remanded into the custody of the U.S. Marshal.

DATED: 3-28-08

RECEIVED _____
                DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk