*Per Agent Otero issued in error*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br> Plaintiff  ) <br>  ) <br> vs.  ) <br> Jose Rosario Urquiza-Cabeza  ) <br> Defendant(s)  ) | CRIMINAL NO. 08CR0548-DMS <br><br> ORDER <br> RELEASING MATERIAL WITNESS <br><br> Booking No. 03393298 |

*RECEIVED MAR 28 P 4:12 U.S. MARSHAL SOUTHERN DISTRICT OF [CA]*

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the ~~following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody.~~   (Bond Posted / Case Disposed / (Order of Court)).

Material witness Rodrigo Zamora-Peralta is to be remanded into the custody of the U.S. Marshal

07298-298 / A88383748

DATED:  3-28-08

---

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk  
by _____  
Deputy Clerk