```
 1  Michael Edmund Burke
    Attorney at Law
 2  CSB #98925
    105 West F Street, 4th Floor
 3  San Diego, CA 92101
    Telephone:(619) 234-2503
 4
 5  Attorneys for Defendant, JOSE ROSARIO URQUIZA-CABRERA
 6
 7                    UNITED STATES DISTRICT COURT
 8                   SOUTHERN DISTRICT OF CALIFORNIA
 9                      (HONORABLE DANA M. SABRAW)
10
11  UNITED STATES OF AMERICA,      )  Case No.: 08-CR-0548-DMS
                                   )
12       Plaintiff,                )  Date: 4/18/08
                                   )  Time: 11:00 a.m.
13  v.                             )
                                   )  NOTICE OF MOTIONS AND
14  JOSE ROSARIO URQUIZA-CABRERA,  )  MOTIONS TO:
                                   )
15       Defendant.                )  1) Compel Discovery;
                                   )  2) Joinder;
16                                 )  3) Severance of Defendants;
                                   )  4) Suppress Post Arrest
17  _____  )     Statement
                                      5) Grant Leave to File Further
18                                       Motions.
19
20  TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
         STEWART M. YOUNG, ASSISTANT UNITED STATES ATTORNEY:
21
         PLEASE TAKE NOTICE that on Friday, April 4, 2008, before the Honorable
22
    Dana M. Sabraw, at 11:00 a.m., or as soon thereafter as counsel may be heard, the
23
    defendant, JOSE ROSARIO URQUIZA-CABRERA, by and through counsel,
24
    Michael Edmund Burke, will ask this Court to issue an order granting the motions
25
    listed below.
26  //
27  //
28  //
```

## MOTIONS

The defendant, JOSE ROSARIO URQUIZA-CABRERA by and through counsel, Michael Edmund Burke, asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes and local rules for an order to:

1) Compel Discovery;

2) Joinder;

3) Severance of Defendants;

4) Suppress Post Arrest Statement

5) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

s/Michael Edmund Burke

Dated: April 4, 2008

_____
Michael Edmund Burke,
Attorney for Defendant,
JOSE ROSARIO URQUIZA-CABRERA

## CERTIFICATE OF SERVICE

I, Michael Edmund Burke, hereby certify to the best of my information and belief that by having e-filed the "NOTICE OF MOTIONS AND MOTIONS TO 1) COMPEL DISCOVERY; 2) JOINDER; 3) SEVERANCE OF DEFENDANTS; 4) SUPPRESS POST ARREST STATEMENTS 5) GRANT LEAVE TO FILE FURTHER MOTIONS." and "MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS."  I have caused a copy of each to have been served via electronic mail upon each of the following:

Michelle Betancourt michelle_betancourt@fd.org, margarita_gonzales@fd.org
Stewart Michael Young stewart.young@usdoj.gov, efile.dkt.gc1@usdoj.gov, kathleen.jordano@usdoj.gov

Dated: April 4, 2008

s/Michael Edmund Burke
_____
Michael Edmund Burke,
Attorney for JOSE ROSARIO URQUIZA-CABRERA