```
1  NED LYNCH--CA ST. BAR NO. 149680
   Attorney At Law
2  110 West C Street, Suite 1407
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)
```

## United States District Court
## Southern District of California
(Hon. William McCurine)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0548DMS(WMC) |
| Plaintiff, ) | **Certificate of Service by ECF** |
| v. ) | |
| JOSE ROSARIO URQUIZA-CABERA, and ) JOSE ANTHONY MONTERO, ) | |
| Defendants. ) | |

I, Ned Lynch, declare that at the time of the service of the document(s) noted below, I was at least 18 years of age and not a party to the lawsuit noted above. My business address is 110 West C Street, Suite 1407, San Diego, CA 92101. On April 18, 2008 I served the document(s) noted below by ECF to the person(s) at the e-mail addressed listed by the ECF system for the Southern District of California.

**Document(s) Served**

1.  Joint Motion To Release A Material Witness

**Served On**

| Office of the U.S. Attorney | Attorney Michael Burke | Attorney Michelle Betancourt |
| (served via ECF) | (served via ECF) | (served via ECF) |

I declare under penalty of perjury under the laws of the United States that the above is true and accurate.

Dated: April 18, 2008                         s/Ned Lynch
                                              Ned Lynch

1