**United States District Court**

**Southern District of California**

(Hon. Dana M. Sabraw)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0548DMS |
| Plaintiff, | ) | **Order For The Release Of A Material Witness** |
| v. | ) | |
| JOSE ROSARIO URQUIZA-CABERA, et al., | ) | |
| Defendants. | ) | |

**Order**

**It Is Ordered** the U.S. Marshal shall immediately release material witness Miguel Reyes-De Jesus from custody.

DATED: April 21, 2008

HON. DANA M. SABRAW
United States District Judge