UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　vs.<br><br>Jose Rosario Urquiza - Cabrera<br>　　　　　Defendant(s) | CRIMINAL NO. **08CR548-DMS**<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **DANA M. SABRAW**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / ~Order of Court~)

**Miguel Reyes - De Jesus**

DATED: **4-21-08**

**DANA M. SABRAW**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk
**L ODIERNO**