1  NED LYNCH--Cal. St. Bar No. 149680
   Attorney at Law
2  110 West C Street, Suite 1407
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)

## United States District Court

## Southern District of California

(Hon. Dana M. Sabraw)

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0548DMS |
|---|---|
| Plaintiff, | ) **Stipulation And Joint Motion** |
| | ) **For The Release Of A Material Witness** |
| v. | ) |
| | ) [Resubmitted To Correct A Filing Error, |
| JOSE ROSARIO URQUIZA-CABERA, et al., | ) Material Witness Already Released] |
| Defendants. | ) |

### Stipulation

Miguel Reyes-De Jesus is being detained as a material witness pursuant to 18 USC § 3144, and the parties agree the testimony of this witness has been adequately secured by a videotaped deposition, that further detention of this witness is unnecessary, and that it would not cause a failure of justice to release this material witness at this time.

### Joint Motion

Plaintiff United States of America, through its counsel, United States Attorney Karen P. Hewitt and Assistant United States Attorney Stewart M. Young, and Defendant Jose Rosario Urquiza-Cabera through his counsel, Attorney Michael E. Burke, and Defendant Joe Anthony Montero through his counsel, Attorney Michelle Betancourt and material witness Miguel Reyes-De

1  Jesus through his counsel, attorney Ned Lynch, jointly move the court to immediately release
2  material witness Miguel Reyes-De Jesus from custody of the United States Marshal so he may be
3  permitted to return to his home country.

5  Dated: April 18, 2008                    s/Ned Lynch
                                            Ned Lynch, Attorney for the Material Witnesses
6                                           E-mail: nedlynch@aol.com

8  Dated: April 18, 2008                    s/Stewart M. Young
                                            Stewart M. Young, Assistant U.S. Attorney
9                                           E-mail: efile.dkt.gc1@usdoj.gov

11 Dated: April 18, 2008                    s/Michael E. Burke
                                            Michael E. Burke, Attorney for
12                                          Defendant Jose Rosario Urquiza-Cabera
                                            E-mail: burkelaw1@sbcglobal.net

14 Dated: April 18, 2008                    s/Michelle Betancourt
                                            Michelle Betancourt, Attorney for
15                                          Defendant Joe Anthony Montero
                                            E-mail: michelle_betancourt@fd.org

28 Joint Motion to Release a Material Witness
   U.S. v. Jose Rosario Urquiza-Cabera, et al., Case No. 08CR0548DMS                    Page 2 of 2