UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jose Rosario Urquiza-Cabrera ) <br> et al ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08 CR 0548-DMS <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 03393298 |

On order of the United States District/~~Magistrate~~ Judge, Dana M. Sabraw

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Miguel Reyes-De Jesus

DATED: 6/13/08

RECEIVED _____
DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by J. Klosterman
Deputy Clerk