# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>vs. )<br>  )<br>Jose Rosario Urquiza-Cabrera )<br>et al )<br>  )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08 CR 0548-DMS<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 03393298 |

On order of the United States District/~~Magistrate~~ Judge, Dana M. Sabraw

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Rodrigo Zamora-Peralta

DATED: 6/13/08

RECEIVED _____
         DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by  /s/ J. Klosterman
    Deputy Clerk